UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JULI H. ALLISON** | : | **DOCKET NO. 2:19-cv-1240** |
| **VERSUS** | : | **JUDGE DOUGHTY** |
| **BOYD RACING, LLC** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 17] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the lack of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the second Motion to Dismiss [doc. 13] filed by defendant Boyd Racing, LLC, d/b/a Delta Downs Racetrack Hotel & Casio be **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to Plaintiff's retaliation claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq.*, for failure to state a claim upon which relief can be granted, and that claim is **DISMISSED WITH PREJUDICE**. The motion is **DENIED** as to Plaintiff's retaliation claim under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, *et seq*.

**MONROE, LOUISIANA, this 5th day of February, 2021.**

_____
**JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**